UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
FRANK ENTEN,                                        )
                                                    )
             Plaintiff,                             )
                                                    )
      v.                                            )        Civil Action No. 09-1825 (PLF)
                                                    )
DISTRICT OF COLUMBIA, *et al.*,                     )
                                                    )
             Defendants.                            )
_____             )

<u>ORDER</u>

      For the reasons stated in the Opinion issued this same day, it is hereby

      ORDERED that Mr. Enten's application for a preliminary injunction [2] is

DENIED; and it is

      FURTHER ORDERED that the parties are directed to meet and confer and to file

a joint report regarding how they wish to proceed in this case on or before January 8, 2010.

      SO ORDERED.


                                    /s/_____
                                    PAUL L. FRIEDMAN
DATE:  December 22, 2009            United States District Judge